## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID YARIEL RODRIGUEZ | : | CIVIL ACTION NO, 3:20-cv-01902-CSH |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROLLIN COOK, C. CEPLAK, | : | |
| KENNETH BUTRICK, JESUS | : | |
| GUADARRAMA, DENISE WALKER, | : | |
| DEPUTY WARDEN NUNEZ, | : | |
| DEPUTY WARDEN PETTERSON, | : | |
| JAMES WATSON, CAPTAIN | : | |
| RODGRIGUEZ, STACEY MARTINEZ, | : | |
| and COUNSELOR GREENE | : | April 4th |
| *Defendants* | : | ~~MARCH~~ 4th, 2023 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the parties hereby stipulate that this matter may be dismissed with prejudice and without an award of costs to either party.

THE PLAINTIFF

DAVID YARIEL RODRIGUEZ

_____

5

THE DEFENDANTS:
ROLLIN COOK ET AL.,

WILLIAM TONG
ATTORNEY GENERAL

BY: _____
Assistant Attorney General
Federal Bar No. ct26912
110 Sherman Ave
Hartford, CT  06105
Tel: (860) 808-5406
Fax: (860) 808-5591
david.yale@ct.gov

## CERTIFICATION

I hereby certify that on the date first above, a copy of the foregoing appearance was filed electronically.  Notice of this filing was sent via U.S. Mail, First Class to the address below and will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David Yariel Rodriguez 417046
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

/s/ David C. Yale
 (#ct26912)
Assistant Attorney General
110 Sherman Ave
Hartford, CT  06105
Tel: (860) 808-5406
Fax: (860) 808-5591
david.yale@ct.gov